UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22144-COOKE/O'SULLIVAN

ALEXIS DIAZ,

    Plaintiff,

vs.

ALEJANDRO MAYORKAS,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and
USCIS MIAMI FIELD OFFICE,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation ("Report") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 16, regarding Defendant's Motion to Remand Petition for Naturalization, ECF No. 6.

Judge O'Sullivan recommends that this Court **GRANT** Defendant's Motion and that the matter be **REMANDED** to the United States Citizenship and Immigration Services. Neither Party has filed objections to the Report, and the time to do so has passed.

After careful review of the record and Judge O'Sullivan's Report, this court **ADOPTS** Judge O'Sullivan's Report in full.  Accordingly, this matter is **REMANDED** to the United States Citizenship and Immigration Services to adjudicate Plaintiff's Form N-400 application within seven days from the date of this Court's Order.  The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 22nd day of November 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*